# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

### PRETRIAL SERVICES-VIOLATION PETITION

The United States,

-vs-

**FANNY LOPEZ**

FILED
2005 JUN -3 P 2: 48
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

Docket No. 1:05-CR-00048 OWW

**COMES NOW** Dan Stark, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Fanny Lopez, who was placed on bond by the Honorable Lawrence J. O'Neill, sitting in the Court at Fresno, California, on the 28th day of March, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to Distribute a Controlled Substance; Distribution of Controlled Substance

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about June 1, 2005, the defendant moved or was absent from her residence for more than 24 hours without prior approval of Pretrial Services, and her whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** that the Court will order a bench warrant be issued for the defendant's arrest.

**LAST KNOWN ADDRESS:** 13571 8th Street, Parlier, California

**TELEPHONE NUMBER:** (559) 646-0433

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2005.

Respectfully submitted,

Pretrial Services Officer
DATE: June 3, 2005

### ORDER

✓ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ No Bail .

___ The Court hereby orders this ex parte motion and order be sealed.

___ The Court orders a summons be issued with an appearance date of _____.

___ The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

___ The Court orders no action be taken.

Considered and ordered this 3rd day of June, 2005, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge